THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Shakene
 Richberg, Appellant.
 
 
 
 
 

Appeal From Florence County
 Ralph K. Anderson, Jr., Circuit Court
Judge

Unpublished Opinion No.  2011-UP-252  
Submitted May 1, 2011  Filed May 24, 2011 

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Edgar L. Clements, III, of Florence,
 for Respondent.
 
 
 

PER CURIAM: Shakene Richberg appeals his convictions for failure
 to stop for a blue light resulting in death and failure to stop for a blue
 light resulting in great bodily injury, arguing the trial court erred in instructing
 the jury on an inference without telling the jury it was free to reject the
 inference.  After a thorough
 review of the record, Richberg's pro se brief, and counsel's brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[1]
APPEAL DISMISSED.  
FEW, C.J., and
 CURETON and GOOLSBY, A.JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.